SUZANNE M. SEARLES *v.* BOARD OF EDUCATION
OF THE TOWN OF WEST HARTFORD
(AC 22028)

Schaller, Flynn and Bishop, Js.

Argued February 13—officially released March 19, 2002

Per Curiam. The decision of the compensation commissioner is affirmed.

COUGHLIN REALTY, LLC *v.* PETER NOVICELLI
(AC 21014)

Spear, Mihalakos and Shea, Js.

Argued February 14—officially released March 19, 2002

Per Curiam. The judgment is affirmed.

FITZROY JACKSON *v.* COMMISSIONER OF
CORRECTION
(AC 21581)

Schaller, Dranginis and Daly, Js.

Argued February 19—officially released March 19, 2002

Per Curiam. The judgment is affirmed.